JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LITTWIN, <br><br>     Plaintiff, <br> v. <br><br> LOUISVILLE LADDER, INC., and DOES 1 to 100, <br><br>     Defendant. | NO. CV18-04743-MWF (GJSx) <br><br> ORDER REMANDING ACTION |

Based on the parties' stipulation, this case is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.

Date: June 22, 2018

_____
Michael W. Fitzgerald
United States District Judge

-1-
ORDER REMANDING ACTION